ACCEPTED
02-16-00327-CR
SECOND COURT OF APPEALS
FORT WORTH, TEXAS
11/11/2016 2:48:50 PM
DEBRA SPISAK
CLERK

**FILED**
COURT OF APPEALS
SECOND DISTRICT OF TEXAS

11/14/2016

CAUSE NO. 02-16-00327-CR

DEBRA SPISAK, CLERK

| | | |
|---|---|---|
| SAMUEL DEWON WALKER, | * | COURT OF APPEALS |
| APPELLANT | * | |
| | * | |
| VS. | * | SECOND DISTRICT OF TEXAS |
| | * | |
| THE STATE OF TEXAS, | * | |
| APPELLEE | * | FORT WORTH |

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
11/11/2016 2:48:50 PM
DEBRA SPISAK
Clerk

## FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUSTICES OF SAID COURT:

Rebekah R. Syck, attorney for Appellant Samuel Dewon Walker, files this Motion for Extension of Time to File Appellant's Brief and in its support shows the Court as follows:

1. This Motion is brought pursuant to T.R.A.P. 38.6 (d) and 10.5(b).

2. Appellant's brief is currently due to be filed on or before Monday, November 14, 2016.

3. Counsel for Appellant respectfully requests an additional 30 days to file Appellant's brief.

4. Appellant is currently incarcerated in the Wichita County, Texas jail.

5. This motion is unopposed.

6. In support of this request, Appellant's counsel advises this Honorable Court as follows:

a. This is an appeal of convictions for aggravated kidnapping, assault with a previous conviction, unlawful possession of a firearm by a felon, and violation of a protective order. Appellant plead not guilty to the charges, and the jury convicted him and sentenced him to two life sentences, a 35 year sentence, and a 40 year sentence, to be served concurrently.

b. I was appointed as counsel on this case on October 7, 2016, after the Court granted trial court counsel Rickey Bunch's motion to withdraw as counsel.

c. I obtained the record in this case during October. During my review, I discovered

1

that Defendant's Exhibit 2, an audio recording, was not included in the record. I conferred with the court reporter, Leslie Ryan-Hash, and she later provided me with a copy of the audio recording. I picked up the copy from the district clerk's office on November 9, 2016.

d. Appellant's counsel, in addition to preparing the brief in this case, must also devote time to the following additional matters: (1) preparing an appellate brief to the Fifth Circuit Court of Appeals in *USA v. Nancy Freeman, No 16-11024,* (2) preparing for hearings on numerous misdemeanor matters in Wichita County Courts at Law #1 and #2, and (3) preparing for civil commitment hearings in Wichita County during the month of November.

e. Appellant's counsel is a sole practitioner who handles all legal and most of the administrative duties of her practice.

7. The undersigned has conferred with opposing counsel, who indicated there was no opposition to this request.

Therefore, Appellant's counsel requests that this Court extend the deadline for filing of Appellant's brief by 30 days.

Respectfully submitted,

_/s/ Rebekah R. Syck
Rebekah R. Syck
Attorney for Appellant
3808 Kemp Blvd., Ste. B, #105
Wichita Falls, TX 76308
(940) 249-4494
(940) 687-9090 FAX
rrsyck@gmail.com
TSB# 24051872

2

CERTIFICATE OF CONFERENCE

On the 10th day of November, 2016, I conferred via email with Ms. Jennifer Ponder, counsel for Appellee, regarding the nature and substance of this motion, and Ms. Ponder indicated that she was not opposed to the relief sought.


　/s/ Rebekah R. Syck
Rebekah R. Syck



CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing First Unopposed Motion for Extension of Time to File Appellant's Brief was served upon Ms. Jennifer Ponder on the 11th day of November, 2016, by email via efile.


　/s/ Rebekah R. Syck
Rebekah R. Syck